Submitted on record and briefs May 30, affirmed June 27, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RONALD LEE MARKER,
*Defendant-Appellant.*

Linn County Circuit Court
05030578; A130089

162 P3d 337

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. On the reply brief was Ingrid Swenson, Executive Director.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM